IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ANNYE J. THOMAS c/o<br>THE ESTATE OF LAKECIA Q.<br>BROADNAX, | )<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | |
| vs. | )<br>) | CIVIL ACTION NO.: 2:06-CV-1091-MHT |
| AUTO-OWNERS INSURANCE<br>COMPANY, | )<br>)<br>) | |
| Defendant. | ) | |

RECEIVED
2006 DEC -8  P 2: 21
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

**COMES NOW**, Defendant, Auto-Owners Insurance Company, and files its corporate disclosure statement of all parent companies, subsidiaries and affiliates. Auto-Owners Insurance Company is a mutual insurance company incorporated under the laws of the State of Michigan with its principal place of business in the State of Michigan. Affiliated companies include Auto-Owners Life Insurance Company, Home-Owners Insurance Company, Owners Insurance Company, Property-Owners Insurance Company, and Southern-Owners Insurance Company. None are publically traded companies.

Dated this the 8th day of December, 2006.

_____
ROGER S. MORROW (MOR032)

_____
JOEL H. PEARSON(PEA019)
**Attorneys for Defendant
Auto-Owners Insurance Company**

OF COUNSEL:

**MORROW, ROMINE & PEARSON, P. C.
122 South Hull Street
P. O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile:  (334) 262-7742**

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the following by placing a copy of same in the United States mail, first class postage prepaid on this the 8th day of December, 2006.

Hon. Rodney Newman Caffey
P.O. Box 2012
Montgomery, AL 36102

_____
OF COUNSEL