IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANNYE J. THOMAS, c/o the estate of Lukecia Q. Broadnax,<br><br>   Plaintiff,<br><br>   v.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)    CIVIL ACTION NO.<br>)      2:06cv1091-MHT<br>)<br>)<br>)<br>)<br>) |

ORDER

The parties having failed to file their Rule 26(f) report as required by order (Doc. No. 4), it is ORDERED that the parties show case, if any there be, in writing by January 16, 2007, as to why this lawsuit should not be dismissed for want of prosecution.

DONE, this the 9th day of January, 2007.

   /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**