IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 JAN -9  P 4:17

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ANNYE J. THOMAS, c/o
THE ESTATE OF LAKECIA Q.
BROADNAX,

    Plaintiff,

    v.                              CV-06 2:06-CV/091/MHT

AUTO-OWNERS INSURANCE
COMPANY,

    Defendants.

### PLAINTIFF'S MOTION FOR LEAVE OF COURT TO OFFER INITIAL DISCLOSURES

**COMES NOW** The Plaintiff, by and through her undersigned counsel, and does hereby moves the Court for Leave to Offer Plaintiff's Initial Disclosures, and as grounds states the following:

**WHEREFORE Premises Considered**, the Plaintiff respectfully requests that this Honorable Court, based on the afore-mentioned reasons, grant Plaintiff Leave to Offer her Initial Disclosures.

**Respectfully Submitted:** on this the _____ day of January 2007.

_[signature]_
RODNEY N. CAFFEY (CAF002)
Attorney for Plaintiff

ADDRESS OF COUNSEL:

RODNEY N. CAFFEY
ATTORNEY AT LAW
Post Office Box 2012
Montgomery, AL 36102
Telephone: (334) 220-4310

## CERTIFCATE OF SERVICE

I hereby certify that on this 9th day of January 2007, I have served a copy of the Foregoing, upon the following by electronic mail:

Roger S. Morrow, Esq., & Joel H. Pearson, Esq.
Morrow, Romine, & Pearson, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, AL 36103-4804

_[signature]_
Rodney N. Caffey