IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANNYE J. THOMAS, c/o the estate of Lakecia Q. Broadnax, )<br>)<br>) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:06cv1091-MHT |
| ) | |
| AUTO-OWNERS INSURANCE COMPANY, )<br>) | |
| ) | |
| Defendant. ) | |

## ORDER

It is ORDERED that plaintiff's motion for leave of court to offer initial disclosures (Doc. No. 6) is denied because the motion makes no sense. The motion asserts "as grounds states the following," but then gives no grounds.

DONE, this the 10th day of January, 2007.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE