IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANNYE J. THOMAS, c/o
THE ESTATE OF LAKECIA Q.
BROADNAX,

   Plaintiff,

v.              CV-06 2:06-CV/091 MHT

AUTO-OWNERS INSURANCE
COMPANY,

   Defendants.

## PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION TO DISMISS

   **COMES NOW** The Plaintiff, by and through her undersigned counsel, and does hereby object to the Defendant's Motion to Dismiss, and as grounds state the following:

1.   In **Shaddix v. United States Ins. Co., of Am., 678 So. 2d 1097 (Ala. Civ. App. 1995),** the Court held that a Motion to Dismiss should be granted sparingly, and is properly granted when it appears beyond a reasonable doubt that the Plaintiff cannot prove any set of facts which would entitle him to relief.

2. Here in our case, Defendant denied Plaintiff's claim of Underinsured Motorists insurance coverage, ostensibly for Plaintiff's decedent being deemed the **"owner"** of a vehicle, which the **"lienholder"**, actually owned at the time of Plaintiff's deceased resident relative's fatal collision, as Exhibit-A (Automobile Bill of Sale) clearly indicates.

**WHEREFORE Premises Considered,** the Plaintiff respectfully requests that this Honorable Court, based on the afore-mentioned reasons deny the Defendants Motion to Dismiss with prejudice.

**Respectfully Submitted:** on this the _9th_ day of January 2007.

RODNEY N. CAFFEY (CAF002)
Attorney for Plaintiff

ADDRESS OF COUNSEL:

RODNEY N. CAFFEY
ATTORNEY AT LAW
Post Office Box 2012
Montgomery, AL 36102
Telephone: (334) 220-4310

## CERTIFCATE OF SERVICE

I hereby certify that on this _9th_ day of January 2007, I have served a copy of the Foregoing, upon the following by electronic mail:

Roger S. Morrow, Esq., & Joel H. Pearson, Esq.
Morrow, Romine, & Pearson, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, AL 36103-4804

/s/ Rodney N. Caffey
Rodney N. Caffey