IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JAN 16  P 1:43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

ANNYE J. THOMAS, c/o
THE ESTATE OF LAKECIA Q.
BROADNAX,

    Plaintiff,

                    CASE NO.:-2:06-CV1091MHT

AUTO-OWNERS INSURANCE
COMPANY,

    Defendants.

## PLAINTIFF'S SHOW CAUSE RESPONSE AGAINST DISMISSAL FOR WANT OF PROSECUTION (FAILURE TO FILE RULE 26(F) REPORT)

**COMES NOW** The Plaintiff, by and through her undersigned counsel, and does hereby offers her Show Cause Response as to why this lawsuit should not be dismissed for want of prosecution (not filing Rule 26(f) report as required by Court Order (4). As grounds Plaintiff's counsel states the following:

1. The afore-mentioned Show Cause Order (4) failed to transmit, and has yet To be received by this attorney.

**WHEREFORE Premises Considered,** the Plaintiff respectfully requests that this Honorable Court, based on the afore-mentioned reason, allow Plaintiff to Offer her Initial Disclosures, without leave of court.

**Respectfully Submitted:** on this the 16th day of January 2007.

_____
RODNEY N. CAFFEY (CAF002)
Attorney for Plaintiff

ADDRESS OF COUNSEL:

RODNEY N. CAFFEY
ATTORNEY AT LAW
Post Office Box 2012
Montgomery, AL 36102
Telephone: (334) 220-4310

## CERTIFCATE OF SERVICE

I hereby certify that on this 16th day of January 2007, I have served a copy of the Foregoing, upon the following by electronic mail:

Roger S. Morrow, Esq., & Joel H. Pearson, Esq.
Morrow, Romine, & Pearson, P.C.
122 South Hull Street
P.O. Box 4804
Montgomery, AL 36103-4804

_____
Rodney N. Caffey