IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ANNYE J. THOMAS, c/o the estate of Lakecia Q. Broadnax,<br><br>   Plaintiff,<br><br>   v.<br><br>AUTO-OWNERS INSURANCE COMPANY,<br><br>   Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION NO.<br>)     2:06cv1091-MHT<br>)<br>)<br>)<br>)<br>) |

ORDER

It is ORDERED that the objection to scheduling order (doc. no. 13) is overruled. As the trial date approaches, the court will reconsider whether there is a conflict.

DONE, this the 7th day of February, 2007.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE