IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 JUN 15 P 2: 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| ANNYE J. THOMAS c/o<br>THE ESTATE OF LAKECIA Q.<br>BROADNAX,<br><br>    Plaintiff,<br><br>vs.<br><br>AUTO-OWNERS INSURANCE<br>COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.: 2:06-cv-1091-MHT<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff Annye J. Thomas c/o the Estate of Lakecia Q. Broadnax, Administratrix and Personal Representative of the Estate of Lakecia Quell Broadnax (See, Ex. "1"), and Defendant, Auto-Owners Insurance Company, in the above-styled action, and hereby stipulate and move this Court that this action and all claims of the Plaintiff be dismissed with prejudice with each party to bear her/its/their own costs. The Plaintiff, and Defendant, Auto-Owners Insurance Company, respectfully request that this Honorable Court dismiss with prejudice the above-styled cause as to all parties.

Dated this the ___6___ day of ___June___, 2007.

_____
ANNYE J. THOMAS, Administratrix
and Personal Representative of the
Estate of Lakecia Q. Broadnax,
deceased

_____
RODNEY N. CAFFEY, CAF002
Attorney for Plaintiff

OF COUNSEL:

RODNEY N. CAFFEY
ATTORNEY AT LAW
P. O. Box 2012
Montgomery, Alabama 36102
Telephone: (334) 220-4310

_____
JOEL H. PEARSON, PEA019
One of the Attorneys for Defendant,
Auto-Owners Insurance Company

OF COUNSEL:

MORROW, ROMINE & PEARSON, P. C.
122 South Hull Street
P. O. Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Facsimile:  (334) 262-7742

# CERTIFIED LETTERS OF ADMINISTRATION

| | | |
|---|---|---|
| THE STATE OF ALABAMA | } | PROBATE COURT |
| MONTGOMERY COUNTY | } | CASE NO. 04-614 |

LETTERS OF ADMINISTRATION on the Estate of **LAKECIA QUELL BROADNAX** Deceased are hereby granted to **ANNYE JEAN THOMAS**, who has duly qualified and given bond as Personal Representative, and is authorized to administer such Estate

DATED this 6th day of December, 2004.

**REESE McKINNEY, JR.**
Judge of Probate Court, Montgomery County

---

| | | |
|---|---|---|
| STATE OF ALABAMA | } | PROBATE COURT |
| MONTGOMERY COUNTY | } | |

I, Reese McKinney, Jr., Judge of Probate in and for the said County, in said State hereby certify that the above is a full, true and complete copy of Letters of Administration on the Estate of **LAKECIA QUELL BROADNAX**, Deceased, as fully and completely as the same appears of record in this office in Book No __0556__ of Judicial Records, at page __0343__.

Given under my hand and seal this 15th day of December, 2004.

*Reese McKinney*
Judge of Probate Court, Montgomery County

**EXHIBIT "1"**